# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Terrah Cherry, Divetta Wells, and Jauyonta Morris | |
| v. | |
| City of Chicago and Jessie Smart | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Cherry, Wells, and Morris

```
FILED
JUNE 2, 2008                YM
08CV3163
JUDGE HIBBLER
MAGISTRATE JUDGE NOLAN
```

| NAME (Type or print) |
|---|
| Benjamin A. Netzky |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Benjamin A. Netzky |

| FIRM |
|---|
| Benjamin A. Netzky |

| STREET ADDRESS |
|---|
| 200 S. Michigan Ave., Suite 1240 |

| CITY/STATE/ZIP |
|---|
| Chicago IL, 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6290328 | 312.602.2233 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐