## United States District Court for the Northern District of Illinois

Case Number: 08CV3163              Assigned/Issued By: DAJ

Judge Name: HIBBLER              Designated Magistrate Judge: NOLAN

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____       Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____       Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

### ISSUANCES

☑ Summons                           ☐ Alias Summons

☐ Third Party Summons               ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____

_____

(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
         (Type of Writ)

__2__ Original and __2__ copies on __06/25/08__ as to __CITY OF CHICAGO,__
                                        (Date)
JESSIE SMART

C:\wpwin80\docket\feeinfo.frm     03/14/05