

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Terrah Cherry, Divetta Wells, and Jauyonta Morris,

    Plaintiffs,

V.

City of Chicago and Jessie Smart,

    Defendants.

CASE NUMBER: 08 C 03163

ASSIGNED JUDGE: Hon. William J. Hibbler

DESIGNATED MAGISTRATE JUDGE: Hon. Nan R. Nolan

TO: (Name and address of Defendant)

City of Chicago
c/o Clerk of City of Chicago
121 N. LaSalle Street
Chicago IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Benjamin Netzky
200 S. Michigan Ave., Suite 1240
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

RECEIVED JUL 3 AM 9 41
OFFICE OF THE CITY CLERK

JUN 25 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 7/3/0y |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Benjamin Netzky | Attorney |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: City Clerk's Office
121 N. LaSalle St.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/3/06
Date

Signature of Server

200 S. Michigan Ave, Suite 1200
Address of Server
Chicago IL 60604

FILED
JN
JUL 11 2008
JUL 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.