IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRAH CHERRY, DIVETTA WELLS, and JAUYONTA MORRIS, | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 3163 |
| v. | ) ) | Judge Hibbler |
| CITY OF CHICAGO, a municipal corporation, and JESSIE SMART, | ) ) ) | Magistrate Judge Nolan |
| Defendants. | ) ) | |

### CITY OF CHICAGO'S AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, City of Chicago ("the City"), through its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, pursuant to Federal Rule of Civil Procedure 6(b), moves this Court for an extension of time until September 8, 2008, to answer or otherwise plead to plaintiffs' complaint. In support of this motion, the City states as follows:

1. On June 2, 2008, plaintiff filed his complaint in the instant case against the City and Jessie Smart. The United States District Court for the Northern District of Illinois Clerk's civil docket shows that the summons was issued on June 26, 2008. The City received service of the summons on July 3, 2008. Defendant's response was due July 23, 2008.

2. On August 6, 2008, the undersigned attorneys were assigned to this case and immediately filed their appearances on behalf of the City.

3. In order to properly respond to plaintiffs' complaint, further investigation will be required. The City is in the process of obtaining the necessary documents to respond to plaintiffs' complaint. Accordingly, the City requests 30 days, or until Monday, September 8, 2008, to answer or otherwise plead.

4.      This is the first extension of time the City has sought in this case.

5.      This motion is not brought for the purpose of delay or any other improper purpose, but so that the City can properly respond to the allegations in plaintiffs' complaint.

6.      Plaintiffs will not be prejudiced if the requested extension of time is granted.

7.      One of the attorneys for the City, Peter Ahmadian, has discussed the City's request with plaintiffs' attorney, Benjamin Netzky, and he has no objections.

8.      Plaintiffs' counsel has agreed to a 30-day extension of time for the City to answer or otherwise plead to plaintiffs' complaint.

Wherefore, the City requests that the Court enter an order granting the City an extension of time until September 8, 2008, to file its answer or otherwise plead.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of the City of Chicago

Dated: August 7, 2008          By:     s/ Peter Ahmadian
                                       PETER AHMADIAN
                                       DEJA NAVE
                                       Assistants Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-0898/ 6951

## CERTIFICATE OF SERVICE

I certify that, on August 7, 2008, I caused a true and correct copy of **The City of Chicago's Agreed Motion for an Extension of Time to Answer or Otherwise Plead** to be served on plaintiffs' attorney named in the attached Notice of Motion by electronic filing.

s/ Peter Ahmadian
PETER AHMADIAN
Assistant Corporation Counsel
