IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRAH CHERRY, DIVETTA WELLS, and JAUYONTA MORRIS, | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 3163 |
| v. | ) ) | Judge Hibbler |
| CITY OF CHICAGO, a municipal corporation, and JESSIE SMART, | ) ) ) | Magistrate Judge Nolan |
| Defendants. | ) ) | |

## NOTICE OF MOTION

TO:   Edward T. Stein           Cecile Singer              Benjamin Netzky
      200 S. Michigan Ave.      200 S. Michigan Ave.       200 S. Michigan Ave.
      Suite 1240                Suite 1240                 Suite 1240
      Chicago, IL 60604         Chicago, IL 60604          Chicago IL 60604

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court the **City of Chicago's Agreed Motion for an Extension of Time to Answer or Otherwise Plead,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Hibbler or before such other Judge sitting in his place or stead, on the 13th day of August, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

DATED at Chicago, Illinois this 7th day of August, 2008.

Respectfully submitted,

s/ Peter Ahmadian
PETER AHMADIAN
Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
312-744-0898