IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRAH CHERRY, DIVETTA WELLS, and JAUYONTA MORRIS, | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 3163 |
| v. | ) ) | Judge Hibbler |
| CITY OF CHICAGO, a municipal corporation, and JESSIE SMART, | ) ) ) | Magistrate Judge Nolan |
| Defendants. | ) ) | |

## NOTICE OF MOTION

To:   Edward T. Stein                           Benjamin Netzky
      200 South Michigan Avenue      200 South Michigan Avenue
      Suite 1240                                 Suite 1240
      Chicago, Illinois 60604                Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendant City of Chicago's Motion For A Brief Extension Of Time To Answer Or Otherwise Plead,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Hibbler, or before such other Judge sitting in his place or stead, on the 10th day of September, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 5th day of September, 2008.

Respectfully submitted,

*s/ Peter Ahmadian*
PETER AHMADIAN
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
312-744-0898